UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON, | No. 2:22-cv-0424 AC P |
| Petitioner, | |
| v. | ORDER |
| PAROLE DIVISION OF BERMUDA DUNES, CA, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is on parole in and was convicted in Riverside County, which is in an area covered by the District Court for the Central District of California. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district in which petitioner is in custody have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently in custody here, this court does not have jurisdiction to entertain the application.

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: March 9, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2